IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3124 |
| vs. | ORDER |
| JAMIE LAASS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 18). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, with prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 18) is granted.

2. The indictment is dismissed as to defendant Jamie Laass.

Dated this 1st day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge